IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

ROBERT DAVID KEITH                                          PLAINTIFF

VERSUS                              CAUSE NO. 2012-092M

DOUG BOUTWELL                                               DEFENDANT

## CERTIFICATE

I, LESLIE WILSON, CIRCUIT CLERK, LAMAR COUNTY, MISSISSIPPI, DO HEREBY CERTIFY THAT THE ATTACHED 8 PAGES ARE TRUE AND CORRECT COPIES OF ALL PAPERS FILED IN THE ABOVE STYLED AND NUMBERED CAUSE IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE THIS THE 29TH DAY OF JUNE, 2012.

LESLIE WILSON, CIRCUIT CLERK
LAMAR COUNTY, MISSISSIPPI

BY _____

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

ROBERT DAVID KEITH                                    PLAINTIFF

V.                                                CAUSE NO. 2012-092

DOUG BOUTWELL                                   DEFENDANT

**FILED**
LAMAR COUNTY JUN 21 2012 CIRCUIT CLERK
Leslie Wilson

## SUMMONS

TO: **DOUG BOUTWELL**

### NOTICE TO DEFENDANT

THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOUR ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO <u>TIMOTHY J. MATUSHESKI, ATTORNEY AT LAW, PO BOX 15758 WAYNESBORO, MS 39404,</u> ATTORNEY FOR THE PLAINTIFF. YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS 18th DAY OF JUNE, A.D., 2012.

CLERK OF LAMAR COUNTY

By _____
LESLIE WILSON / Deputy Clerk
CIRCUIT CLERK
LAMAR COUNTY
P O BOX 369
PURVIS, MISSISSIPPI 39475

# PROOF OF SERVICE

CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

Plaintiff
**Robert David Keith**

vs.

Defendant
**Doug Boutwell**

**Case No: 2012-092**
**Compliance Date: 6/21/2012**

I Michelle Murray, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

Date/Time Received: 6/18/2012

**Document(s): Summons and Complaint**

**Serve To: Doug Boutwell**

**Date/Time Served: 6/20/2012  5:47 PM**

**Method of Service: Personal Service**

**Person Served: Doug Boutwell**

**Location of Service: 205 Main St # B  Purvis, MS 39475**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Michelle Murray_ (signature)    Executed on __6-21-12__
Michelle Murray,

Quantum Process
418 Pittman Road
Ellisville, MS 39437
(601) 319-2675

ID: 25828

State of MS
County of Jones
Subscribed and sworn to before me, a notary public, on __6/21/12__

_Kelli Braddock_
Notary Public
My Commission Expires: __7/17/12__

F I L E D
LAMAR COUNTY   JUN 21 2012   CIRCUIT CLERK
_Leslie Wilson_

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

ROBERT DAVID KEITH                             PLAINTIFF

V.                                        CAUSE NO. 2012-092

DOUG BOUTWELL                              DEFENDANT

## SUMMONS

TO: **DOUG BOUTWELL**

### NOTICE TO DEFENDANT

THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOUR ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO <u>TIMOTHY J. MATUSHESKI, ATTORNEY AT LAW, PO BOX 15758 WAYNESBORO, MS 39404,</u> ATTORNEY FOR THE PLAINTIFF. YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS __18th__ DAY OF JUNE, A.D., 2012.

CLERK OF LAMAR COUNTY

By _____
LESLIE WILSON / Deputy Clerk
CIRCUIT CLERK
LAMAR COUNTY
P O BOX 369
PURVIS, MISSISSIPPI 39475

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

| | | |
|---|---|---|
| ROBERT DAVID KEITH | | PLAINTIFF |
| V. | | CASE NO.: 2012-092 |
| DOUG BOUTWELL | | DEFENDANT |

FILED
LAMAR COUNTY JUN 18 2012 CIRCUIT CLERK
Leslie Wilson

## COMPLAINT - JURY TRIAL DEMANDED

COMES NOW Robert David Keith, filing this his Complaint, stating as follows, to wit:

1. Plaintiff Robert David Keith ("Keith") is an adult resident citizen of Jones County, Mississippi. Keith's address is 416 Pittman Road, Ellisville, Mississippi.

2. Defendant Doug Boutwell ("Boutwell") is a Lamar County Sheriff's Officer. Boutwell's address is 81 Corinth Cut-Off, Purvis, Mississippi. At all relevant times, Boutwell was acting under color of state law.

3. Venue is proper in this Court because the acts and omissions giving rise to this cause of action occurred in Lamar County, and Boutwell resides in Lamar County.

4. Although Keith maintains none of his claims are subject to the Mississippi Tort Claims Act, he timely complied with all applicable pre-suit notice requirements.

5. On July 26, 2011, Keith traveled to 59 Griffith Road, Hattiesburg, Mississippi to serve process on Donna Morgan ("Morgan").

6. At the same location, Boutwell criminally interfered with Keith's duty and right to serve process on Morgan.

7. When Keith told Morgan and Boutwell that Keith had process to serve, Boutwell knowingly and willfully opposed Keith's right and duty to serve process on Morgan.

8. Keith tossed the process on Morgan's front lawn, turned around and returned to his

1

car.

9. Immediately thereafter, Boutwell pointed his Taser weapon at Keith, and threatened to deploy Taser darts into Keith's person.

10. Immediately thereafter, Boutwell attacked Keith and handcuffed Keith for attempting to serve process on Morgan

11. Boutwell unlawfully searched Keith and confiscated Keith's concealed weapon and ammunition, and ripped a bluetooth ear-piece from Keith's ear.

12. Boutwell's attack upon Keith caused a dent to appear on the hood of Keith's car.

13. Boutwell caused Keith to be held by Lamar County Jail for an unreasonable amount of time without a phone call or an attorney.

14. Boutwell caused Lamar County to refuse Keith's right to make a criminal complaint against Morgan or Boutwell for their criminal conduct.

15. Boutwell caused Lamar County to bring and prosecute disorderly conduct charges against Keith knowing there was no probable cause.

16. Boutwell refuses to return Keith's personal property, including his personal handgun.

17. At all relevant times, Boutwell's conduct was intentional, reckless or grossly negligent and Boutwell recklessly disregarded Keith's rights.

## COUNT ONE - CIVIL RIGHTS VIOLATIONS

18. Keith incorporates the allegations set forth above into this Count One.

19. Boutwell's misconduct caused violations of Keith's constitutional rights, including his right to liberty, freedom from wrongful detention and excessive force, freedom of speech, freedom from malicious prosecution, access to the Courts, and due process.

2

FILED

LAMAR COUNTY JUN 18 2012 CIRCUIT CLERK

Leslie Wilson

20. These constitutional violations caused Keith embarrassment, lost income, mental anguish, reputational damages, attorney's fees, litigation costs and other damages to be proven at trial.

## COUNT TWO - ASSAULT AND BATTERY

21. Keith incorporates the allegations set forth above into this Count Two.

22. Boutwell intentionally, maliciously, recklessly, gross negligently and willfully made harmful and offensive contact with Keith.

23. Keith was apprehensive of Boutwell's imminent harmful or offensive contact.

24. Boutwell's tortious conduct caused Keith embarrassment, lost income, mental anguish, reputational damages, attorney's fees, litigation costs and other damages to be proven at trial.

## COUNT THREE - MALICIOUS PROSECUTION, FALSE ARREST AND FALSE IMPRISONMENT

25. Keith incorporates the allegations set forth above into this Count Three.

26. Boutwell intentionally, maliciously, recklessly, gross negligently and willfully caused Keith's unlawful arrest, and caused the pursuit of criminal charges against Keith without probable cause.

27. This misconduct caused Keith embarrassment, lost income, mental anguish, reputational damages, attorney's fees, litigation costs and other damages to be proven at trial.

## COUNT FOUR - TORTIOUS INTERFERENCE WITH BUSINESS

28. Keith incorporates the allegations set forth above into this Count Four.

29. Keith is in the business of serving process throughout the United States, and Boutwell's misconduct caused Keith damages in his business affairs.

**FILED**
LAMAR COUNTY JUN 18 2012 CIRCUIT CLERK
Leslie Wilson

3

30. Boutwell intentionally, maliciously, recklessly, gross negligently and willfully interfered with Keith's process server business.

31. Boutwell's conduct in this regard caused Keith embarrassment, lost income, mental anguish, reputational damages, attorney's fees, litigation costs and other damages to be proven at trial.

WHEREFORE, Keith hereby demands a trial by Jury, and a judgment against Boutwell of at least $100,000.00 in compensatory damages, and $100,000.00 in punitive damages.

RESPECTFULLY SUBMITTED,

Robert David Keith

BY: _____
Timothy J. Matusheski (MBN 100998)
PO Box 15758
Hattiesburg, MS 39404
601-307-0221
www.mississippiwhistleblower.com

**FILED**
LAMAR COUNTY   JUN 18 2012   CIRCUIT CLERK
Leslie Wilson

4

| COVER SHEET<br>Civil Case Filing Form<br>*(To be completed by Attorney/Party Prior to Filing of Pleading)* | Court Identification Docket #<br>`3 7 1` `C 7`<br>County # / Judicial District / Court ID (CH, CI, CO) | Case Year<br>`2 0 1 2` | Docket Number<br>`0 9 2`<br>`3 6`<br>Local Docket ID |
|---|---|---|---|
| Mississippi Supreme Court   Form AOC/01<br>Administrative Office of Courts   (Rev 2009) | `0 6 / 1 8 / 1 2`<br>Month / Date / Year<br>This area to be completed by clerk | | Case Number if filed prior to 1/1/94 |

In the CIRCUIT ▼   Court of Lamar   ▼ County ---   Judicial District ___

**Origin of Suit** (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: Keith / Robert / ___ / ___ / ___
(Last Name / First Name / Maiden Name, if applicable / M.I. / Jr/Sr/III/IV)

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

**Address of Plaintiff** 416 Pittman Road, Ellisville, Mississippi

**Attorney (Name & Address)** Timothy J. Matusheski   **MS Bar No.** 100998

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: ___

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: Boutwell / Doug / ___ / ___ / ___
(Last Name / First Name / Maiden Name, if applicable / M.I. / Jr/Sr/III/IV)

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is filing in the name of an entity other than the above, and enter below:
D/B/A ___

**Attorney (Name & Address)** - If Known ___   **MS Bar No.** ___

**Damages Sought:** Compensatory $ 100,000.00   Punitive $ 100,000.00   ___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other ___ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other ___ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other ___ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other ___ | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other ___ | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other ___ | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other ___ | [ ] Other ___ | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other ___ | [X] Other Civil Rights |

*FILED LAMAR COUNTY JUN 18 2012 CIRCUIT CLERK — Leslie Wilson*